USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
DERRICK ROMAN, *on behalf of himself and all others* :
*similarly situated*, :
: 1:21-cv-4030-GHW
Plaintiffs, :
:
-against - : ORDER
:
:
JASCO PLUMBING & HEATING SUPPLY, :
INC., JEFFREY BASS and MATTHEW BASS :
:
Defendant(s). X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference to discuss the next steps in this case on **May 26, 2022 at 3:00 p.m.**  The conference will be conducted by telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The parties are directed to submit a joint letter to the Court advising the Court on the status of the case on or before May 19, 2022.  Additionally, the parties are directed to submit via email (WoodsNYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order in PDF format on or before May 19, 2022.  The parties shall use this Court's form Proposed Case Management Plan and Scheduling Order available at the Court's website (https://nysd.uscourts.gov/hon-gregory-h-woods).

SO ORDERED.

Dated:  April 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge