```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DERRICK ROMAN, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                                          Plaintiff,

       -against-

JASCO PLUMBING & HEATING SUPPLY, INC., and
JEFFREY BASS, individually, and MATTHEW BASS,
individually,

                                          Defendants.
----------------------------------------------------------------------X

21-cv-4030 (GHW) (VF)

**PARTIAL JUDGMENT**

      **WHEREAS**, on August 29, 2022, Defendants Jasco Plumbing & Heating Supply, Inc., and Jeffrey Bass, individually, and Matthew Bass, individually, offered that Plaintiff Derrick Roman ("Plaintiff") take judgment against them on the Third and Fourth Claims in the Complaint in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Thirteen Thousand Dollars and Zero Cents ($13,000.00), inclusive of all associated costs, disbursements, and attorneys' fees; and

      **WHEREAS,** on September 6, 2022, Plaintiff filed his Notice of Acceptance of this offer;

      **WHEREAS**, there is no just reason for delay;

      **IT IS HEREBY ORDERED and ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants Jasco Plumbing & Heating Supply, Inc., and Jeffrey Bass, individually, and Matthew Bass, individually, jointly and severally, in the amount of Thirteen Thousand Dollars and Zero Cents ($13,000.00), on Plaintiff's Third and Fourth Claims

for relief in the Complaint, *see* ECF 1.  It further ORDERED that the litigation will continue with respect to all other claims asserted in the Complaint.

SO ORDERED, on the __8th__ day of ____September____, 2022, New York, New York:

_____
The Honorable Gregory H. Woods, U.S.D.J.