UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DERRICK ROMAN, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                        Plaintiff,

    -against-

JASCO PLUMBING & HEATING SUPPLY, INC., and
JEFFREY BASS, individually, and MATTHEW BASS,
individually,

                        Defendants.
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022

**21-cv-4030 (GHW) (VF)**

**JUDGMENT**

      **WHEREAS**, on September 22, 2022, Defendants Jasco Plumbing & Heating Supply, Inc., and Jeffrey Bass, individually, and Matthew Bass, individually, offered that Plaintiff Derrick Roman ("Plaintiff") take judgment against them on the remaining claims that Plaintiff has against Defendants in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Twenty-Two Thousand, Five Hundred Dollars and Zero Cents ($22,500.00), inclusive of pre judgment interest, attorney's fees, penalties, liquidated damages, and costs and expenses actually incurred by Plaintiff, which together with the prior judgment entered on the Third and Fourth claims for relief in the Complaint is in full and final settlement of all of Plaintiff's claims against Defendants arising out of, alleged in, or related to, the facts and transactions alleged in the Complaint; and

      **WHEREAS,** on September 23, 2022, Plaintiff filed his Notice of Acceptance of this offer; it is

      **HEREBY ORDERED and ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants jointly and severally, in the amount of

Twenty-Two Thousand, Five Hundred Dollars and Zero Cents ($22,500.00), which is in addition to the prior judgment entered on the Third and Fourth claims for relief in the Complaint.

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED, on the __26th__ day of __September__, 2022, New York, New York:

_____
The Honorable Gregory H. Woods, U.S.D.J.